# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: 3:10-MC-016 |
| vs. ) | |
| ) | |
| ROBERT HERNANDEZ, ) | |
| SSN: XXX-XX-9064 ) | MAGISTRATE JUDGE MERZ |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ASSURANT, ) | |
| ) | |
| Garnishee. ) | |

## **AMENDED ORDER OF GARNISHMENT**

Upon motion of the United States, filed May 15, 2012 (Doc. 10) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Garnishee Order issued by this Court on August 8, 2011 (doc. 9) be modified to order the Garnishee, ASSURANT, to pay the Plaintiff $100.00 monthly from the Defendant's disposable earning.

May 22, 2012.                                               **s/ Michael R. Merz**
                                                                    United States Magistrate Judge